[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

MAR 27 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Charmaine Hayes

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Northwestern Medicine Hospital
Angela Monicelli
Pigna, Aliza
Alma, Lenora Davis
Suzzanne Summers
Victoria, Jacei Zatranski

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

Case No
(To be

1:23-cv-01899
Judge Charles P. Kocoras
Magistrate I Judge Heather K. McShain
Random Assignment

**CHECK ONE ONLY:**

__✓__     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
               **U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
               **28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I.    Plaintiff(s):**

A.    Name: Charmaine Hayes

B.    List all aliases: _____

C.    Prisoner identification number: _____

D.    Place of present confinement: _____

E.    Address: 6710. S. May Street #4

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

Defendant: Jacci Zafranski Human Resource Represensative Northwestern Menicine Hospital

A.    Defendant: Angela Mcnicelli
      Title: Nurse Manager
      Place of Employment: Northwestern Menicine Hospital

B.    Defendant: Lenara Davis
      Title: Nurse (Rn) Surgery Same Day
      Place of Employment: Northwestern menicine Hospital

C.    Defendant: Alma
      Title: (Rn) Same Day Surgery
      Place of Employment: Northwestern Menicine Hospital

Defendant: Suzanne Summers (CPCT) Northwestern Same Day Surgery

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Defendant: Aiza (PCT) Northwestern Menicine Hospital Same Day Surgery

Defendant: Digna (Rn) Northwestern menicine Hospital Same Day Surgery

Defendant: Victoria (Unit Secretary) Northwestern Menicine Same Day Surgery Hospital

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Civil Rights Lawsuit Wrongfully Terminated. No. 23-1459

B. Approximate date of filing lawsuit: September 7, 2022

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Charmaine Hayes

D. List all defendants: Angela Monicelli, Lenora Davis, Suzanne Summers, Rayna, Alma, Victoria, Jacci Zarranski, Area

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United States District Court Northern District of Illinois the Dirksen Building

F. Name of judge to whom case was assigned: Andrea R. Wood

G. Basic claim made: Racial Discrimination, Civil Rights Lawsuit Wrongfully Terminated

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Case was Dismissed Now I am Appealing this Case pending

I. Approximate date of disposition: January 26, 2023

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.     Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(Angela Mcnicelli) - was My Manager On Same Day Surgery She wrongfully terminated me by putting false information on My Termination papers by saying that I Did not Do my work Performance on September 7, 2018. But she told me that I was Doing a Excellent Job on the floor and that My work Performance was great. She Terminated me wrongfully Back in September 7, 2018 Because She Did not Like African Americans. And wanted to replaced me with a Mexican girl Name Maria. HAD Some of the Staff Harassing me.

(Aliza) - Threatened me on the Job, and was harassing me about My work hours. June 07 2018 Threatened to fight me in the medication room. Because I am a Black woman

(Lenora DAVIS) - Chased me down the hallway Back in August 28, 2018 and was demanding that I Do not talk about GOD. Pulled My hair in a Patient room, telling me Imma Show You what Moisturizer to get for your Nappy hair in July 2018 Harrassing me about my work Hours Back in June 04 2018.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(ALMA) - A Nurse Rn told me in the medication Room Because I am Latino I will Continue to Work Here. She was letting me know Because I am African American I was easily going to Be let go Because of My skin color. July 07 2018 Also She was Harrassing and Bullying me about My work Hours.

(Victoria) - Unit Secretary Was Harrassing me about talking white. One Day I was at the Front Desk Sitting at the computer and victoria told me Imma Need you to talk white and order to Make it on this Floor. I also was being Sexually harrassed By her at the time clock. She told me at the time clock why are Your titties Sagging. She also was trying to fight me at the Nursing Station. July and August 07 2018.

Suzzanne Sumers - Was a witness of me being Racial Discrimination against, She told me that the Staff on the Floor Did not Like African Americans, and that My Manager Hated Blacks on the Floor. and that She was Planning on Terminating me to replaced me with a Mexican girl named Mara She witness me being Harrassed also, and Bullied.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(Digna) - Rn Chased me to the Pantry Demanding that I picked up all these Cases of Juices and water SODA and she pointed her finger In My face. July 07 2018

(Jacci ZaFranski) (Human Resource Representative) Refused to Do any Displinary Action towards My coworkers because they were all white, Mexican, and Phillipino. She had a couple of My Coworkers Calling my Phone at home to harrassed me about when I was coming Back off FMLA leave. She also was harressing me about taking to many Days for my FMLA, By Culling me in the office. She Suspended me wrongfully off hearsay from my Coworkers all Because I was African American.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I want the court to order all these Defendents
to pay me compensation from their bank accounts
also I want all their Nurse licence to be tooken
away and they Each Need to be terminated from
their positions.

**VI.     The plaintiff demands that the case be tried by a jury.**   ☑ YES        ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this _March_ day of _27_ , 20 _23_

_Charmaine Hayes_
(Signature of plaintiff or plaintiffs)

_Charmaine Hayes_
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

6                                                                    Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]